UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SAVYIONE TOBIAS TERRELL,

    Plaintiff,

v.                        Case No. 3:19cv2215-LC-HTC

JUDGE JAN SHACKELFORD, et al.,

    Defendants.
_____/

REPORT AND RECOMMENDATION

Plaintiff, Savyione Tobias Terrell, proceeding *pro se*, filed a complaint under 42 U.S.C. § 1983 by delivering it to prison mail officials on July 18, 2019. ECF Doc. 1.[1] The matter was referred to the undersigned Magistrate Judge for preliminary screening and report and recommendation pursuant to 28 U.S.C. § 636 and N.D. Fla. Loc. R. 72.2(B). For the reasons set forth below, the undersigned recommends the case be dismissed for failure to prosecute and to comply with orders of the Court.

On July 24, 2019, the clerk was directed to send Plaintiff a complete set of forms needed for filing a motion to proceed *in forma pauperis*. Plaintiff was ordered

---

[1] *See* Habeas Rule 3(d) and *Houston v. Lack*, 487 U.S. 266, 275-76 (1988) (Under the "prison mailbox rule," a pro se prisoner's court filing is deemed filed on the date it is delivered to prison authorities for mailing.).

to either file a completed motion to proceed *in forma pauperis* or pay the $400.00 filing fee by August 15, 2019.  ECF Doc. 4.  Plaintiff was also warned that "[f]ailure to comply with this order as instructed may result in a recommendation that this case be dismissed for failure to prosecute or failure to comply with an order of the court." *Id.*

Plaintiff did not respond to the July 24 order, pay the filing fee, or file an application to proceed *in forma pauperis*.  Therefore, the Court, on October 1, 2019, directed Plaintiff to show cause, within **fourteen (14) days** of the date of that order, why this case should not be recommended for dismissal for failure to prosecute and to follow an order of the Court.  Plaintiff has not responded to that order to show cause.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for failure to prosecute or failure to comply with a Court order.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 25th day of October, 2019.

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. See 11th Cir. R. 3-1; 28 U.S.C. § 636.

Case No. 3:19cv2215-LC-HTC