# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

SAVYIONE TOBIAS TERRELL,

    Plaintiff,

v.                                          Case No. 3:19cv2215-LC/HTC

JUDGE JAN SHACKELFORD,
ASSISTANT STATE ATTORNEY LINDSEY FRYER,
ASSISTANT PUBLIC DEFENDER BRADLEY H ROWE,
OFFICER #323 BRENDA MATTHEWS,
ESCAMBIA COUNTY SHERIFF'S OFFICE,

    Defendants.
_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 25, 2019 (ECF No. 6). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation (ECF Doc. 6) is adopted and incorporated by reference in this order.

2. The Complaint, ECF Doc. 1, is DISMISSED without prejudice under 28 U.S.C. § 1915A(b)(1) and § 1915(e)(2)(B)(ii) for failure to comply with orders of the Court and failure to prosecute.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 27th day of November, 2019.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**